UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
RICHARD ABONDOLO, et al.,

        Petitioners,

    -against-                                    06 Civ. 4899 (LAK)

CENTRAL FISH MARKET OF N.Y., INC.,

        Respondent.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

    The petition is granted on default.

    SO ORDERED.

Dated:     July 26, 2006

                                              Lewis A. Kaplan
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/06